No. 98–8531. MIOTKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied

No. 98–8533. LYNCH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied

No. 98–8537. GOLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied

No. 98–8540. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8541. EAGANS *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 98–8543. HOLLAND *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8545. SPENCER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8546. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8550. HIGGERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–8552. WILHELM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8553. WHITE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8555. ADDIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8558. HOWARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–8562. DOWNS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8565. GRAHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8568. PUNGITORE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.